688 A.2d 1184

**MAROADI TRANSFER & STORAGE, INC.,
a Pennsylvania Corporation, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION**

**v.**

**The ESTATE OF A.J. DONATELLI, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1996.

Decided Feb. 24, 1997.

Stuart E. Savage, Pittsburgh, for Maroadi Transfer & Storage, Inc.

Jeffrey Giltenboth, Pittsburgh, William Cressler, Harrisburg, for Department of Transportation.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIGRO, J., dissents.

NEWMAN, J., did not participate in the consideration or decision of this case.